UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT GOMEZ,

                    Petitioner,

            v.                                                  Case No. 26-cv-0994-bhl

DENITA BALL,[1]

                    Respondent.

## ORDER DENYING MOTION TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE

On June 3, 2026, Petitioner Robert Gomez, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 along with a motion to proceed without prepayment of the filing fee, or *in forma pauperis* (IFP). (ECF Nos. 1 & 2.) On June 3, 2026, the Clerk of Court erroneously asked Gomez to submit a six-month certified prisoner trust account statement within 21 days. (ECF No. 3.) Because Gomez seeks federal habeas relief, he does not need to submit a prisoner trust account statement to receive IFP treatment. *See Walker v. O'Brien*, 216 F.3d 626, 639 (7th Cir. 2000); *see also Moran v. Sondalle*, 218 F.3d 647, 651 (7th Cir. 2000); 28 U.S.C. §1915(a)(2). Regardless, Gomez's motion will be denied without prejudice. The statute authorizing the Court to grant IFP requires an affidavit that includes a statement of all assets the applicant possesses and a statement that the petitioner is unable to pay the filing fee. 28 U.S.C. §1915(a)(1). While Gomez's IFP motion includes a signed affidavit stating that he has no assets, it is dated February 11, 2026. (ECF No. 2 at 2.) To grant IFP, the Court needs evidence that Gomez is currently unable to pay the incredibly modest $5.00 filing fee. *See* §1915(a)(1). A four-month-old affidavit is insufficient to support such a finding. Accordingly, the Court will give Gomez fourteen (14) days to either pay the filing fee or renew his IFP motion. If Gomez fails to renew his IFP motion or pay the filing fee, the petition will be dismissed without prejudice for

---

[1] Gomez filed his habeas petition while incarcerated at Milwaukee County Jail, where Denita Ball is the sheriff. Accordingly, the Court substitutes Ball as the appropriate Respondent in this matter, pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases and Federal Rule of Civil Procedure 25(d).

failure to prosecute and comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); Civil L.R. 41(c) (E.D. Wis.).

Accordingly,

**IT IS ORDERED** that Petitioner's motion for leave to proceed without prepayment of the filing fee, ECF No. 2, is **DENIED without prejudice**.  Petitioner has fourteen (14) days from the date of this Order to pay the $5.00 filing fee or renew his IFP motion.

Dated at Milwaukee, Wisconsin on July 2, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge